Th **UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **CHRISTOPHER STAMPS** | **CIVIL ACTION NO. 20-0095** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN WYLES, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

**<u>JUDGMENT</u>**

The Report and Recommendation of the Magistrate Judge [Doc. No. 34] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion for Summary Judgment, [Doc. No. 28], is **GRANTED** and Plaintiff Christopher Stamps' claims against the moving Defendants are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies but **WITH PREJUDICE** for the purpose of proceeding in forma pauperis under 28 U.S.C. § 1915.

MONROE, LOUISIANA, this 5th day of January, 2021.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE